# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2016

153094(48)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

MOTOR CITY PAWN BROKERS, INC.,
         Plaintiff-Appellant,

v

CITY OF WARREN,
         Defendant-Appellee.
_____/

SC: 153094
COA: 322459
Macomb CC: 12-002472-CZ

On order of the Chief Justice, the motion of the National Pawnbrokers Association to participate as amicus curiae and to file an amicus curiae brief is GRANTED. The amicus brief submitted on April 13, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2016

